# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 13, 2019

**VIA CM/ECF**
Honorable Judge Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 24B
New York, New York 10007

        Re:    **Norris v. NRT New York LLC, d/b/a Corcoran Group, et al**
               **Case 1:18-cv-10447-DAB**

Dear Judge Batts:

      The Initial Pre-Trial Conference in this matter is currently scheduled for November 14, 2019, at 10:30 a.m., in Your Honor's Courtroom. However, the parties have settled this matter and respectfully request that this Conference be adjourned. A Notice of Settlement was filed yesterday on ECF reflecting the settlement of this matter.

      All parties to this matter have consented to this motion of adjournment.

      Thank you for your consideration of this second adjournment request.

*granted DAB 11/13/19*

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW 9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  11/13/19
UNITED STATES DISTRICT JUDGE