```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
NAMEL NORRIS,                         :     18cv10447 (DLC)
                       Plaintiff,     :
         -v-                          :     ORDER
                                      :
NRT NEW YORK LLC, a Delaware limited  :
liability company, d/b/a THE CORCORAN :
GROUP-EST SIDE GALLERY, and TAMP      :
REALTY COMPANY, LLC, a New York       :
limited liability company,            :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 13, 2019, the Honorable Deborah Batts entered an order of discontinuance upon being advised that the parties in the action had reached a settlement agreement. On December 16, 2019, the order of dismissal was extended by Judge Batts to January 12, with no further extensions to be granted. On January 11 plaintiff's counsel filed a letter seeking an extension of the discontinuance period. On February 26 the above-captioned matter was reassigned to this Court. It is hereby

ORDERED that the Clerk of Court shall reopen this case.

IT IS FURTHER ORDERED that counsel shall appear for a conference before this Court at **noon** on **March 20** in Courtroom 18B, 500 Pearl Street. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Dated: New York, New York
February 28, 2020

_____
DENISE COTE
United States District Judge